| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | NATURE | DIV. | R | DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 88 2523 | 01 | 07 15 88 | 04 190 | 5 | 1 | 1 | 4724 | | 39035 | P | 88 2523 |

**CAUSE:**

**PLAINTIFFS**

SALEM, Atiyeh A., D.P.M.

**DEFENDANTS**

ROSS UNIVERSITY SCHOOL OF MEDICINE
fka University of Dominica

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
Contract

**ATTORNEYS**

Pro Se
✓ Atiyeh Salem, D. P. M.
~~864 Wayside~~
~~Cleveland, Ohio 44110~~

(new add per tel 10/31/88)
~~12906 Clifton Blvd., Upstairs~~
~~Lakewood, Ohio 44107~~
P.O. Box 725
Lakewood, Ohio 44107 (per notice 4/25/89

Cuyahoga--CAT #4

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | JUL 15 1988 | | | JS-5 | 7/31/88 |
| | 12-5-88 | #147719 $120.00 | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/87)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/15/88 | 1 | APPLICATION of pltf to proceed in forma pauperis, supp. docmt & ord. (1 p) pel |
| 11/28/88 | 2 | ORDER that this case will be dism on the 20th days following the date of this order unless the pet files a complete application to proceed in forma paup or pays the required filing fee. Batchelder, J. iss 11/29/88 (EOD 11/30/88) (1p) prm |
| 12/5/88 | | FILING FEE PAID ($120.00) Receipt No. 147719  ee |
| 12/20/88 | 3 | COMPLAINT. summ iss to pltf for srv on 12/20/88 (2p). (JR) |
| 12/21/88 | 4 | INITIAL Order. Batchelder, J. iss to pltf (4p) (JR) |
| 12/30/88 | 5 | SUMMONS retn. srv on Ross University School of Medicine through Neil Simon, on 12/27/88; Dr. James Casidy on 12/27/88; Dr. Robert Ross on 12/27/88 all by cert mail. (3p) (JR) |
| 1/30/89 | 6 | MOTION of pltf for default judg against deft. affvt & supporting docmts attach. c/m 1/31/89. (8p) (JR) |
| 2/13/89 | 7 | LETTER from James E. Cassidy re: srv. (1p + attach) (JR) |
| 11/30/89 | 8 | ORDER that before the Court will rule on the mot for default judg, it must be satisfied that it has juris & pltf has stated a claim upon which relief can be granted; Further that pltf has until 1/29/90 to amd complt to conform with provisions of Rule8(a) Fed.R.Civ.P., to provide Court with a short & plain state clearly indicating the grounds upon which the Court' juris depends, & claims showing that pltf is entitled to relief. Further, failure to conform with the Court's ord will result in dism of case. Batchelder, J. iss 12/1/89 (1p) (EOD 12/1/89) (JR) |
| 1/26/90 | 9 | AMENDED complt. c/m 1/26/90 (3p) (JR) |
| 8/2/90 | 10 | MOTION of pltf for default judgment. c/m 8/2/90 (2p) ee |

REFER TO COMPUTER DOCKET FOR SUBSEQUENT DOCKET ENTRIES

```
                                                             TERMED
                    U.S. District Court
                Northern District of Ohio (Cleveland)

              CIVIL DOCKET FOR CASE #: 88-CV-2523

Salem v. Ross Univ Sch Med                        Filed: 07/15/88
Assigned to: Judge Paul R. Matia    Jury demand: Plaintiff
Demand: $1,000                      Nature of Suit:  190
Lead Docket: None                   Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Breach of Contract

ATIYEH A SALEM                   Alvin Brouman, Esq.
     plaintiff                   [COR LD NTC]
                                 1832 East 55th Street
                                 Cleveland, OH 44103
                                 216-431-2418

                                 Stanley E. Stein
                                 216-621-2424
                                 [COR LD NTC]
                                 Stein & Associates
                                 75 Public Square
                                 Suite 714
                                 Cleveland, OH 44113-2078

                                 Atiyeh A Salem
                                   [term 01/09/91]
                                 [COR LD NTC] [PRO SE]
                                 7941 Bechwith
                                 Morton Grove, IL 60050


     v.

ROSS UNIVERSITY SCHOOL OF        Neal S. Simon, Esq.
MEDICINE                         [COR LD NTC]
fka                              275 Madison Avenue
University of Dominica           Ste. 903
     defendant                   New York, NY 10016
                                 212-696-9880
```

```
Proceedings include all events.                              TERMED
1:88cv2523      Salem v. Ross Univ Sch Med

12/5/88   --         FILING FEE PAID: on 12/5/88  in the amount of $ 120.00,
                     receipt # 147719. (vd) [Entry date 01/04/91]

12/5/88   3          COMPLAINT  (Summons(es), magistrate consent form issued) (
                     2 pgs) (vd) [Entry date 01/04/91]

12/30/88  5          RETURN OF SERVICE executed upon defendant Ross Univ Sch Med
                     on 12/27/88 (srv Dr. Casidy and Dr. Ross on 12/27/88,
                     officers of University) ( 1 pgs) (vd) [Entry date 01/04/91]

1/26/90   9          AMENDED COMPLAINT by plaintiff [3-1] ( 3 pgs) (vd)
                     [Entry date 01/04/91]

8/2/90    10         MOTION by plaintiff for default judgment against Ross Univ
                     Sch Med ( 2 pgs) (vd) [Entry date 01/04/91]

1/7/91    11         MOTION by plaintiff to withdraw attorney Lee R. Kravitz (
                     2 pgs) (vd)

1/9/91    12         ORDER: granting  motion to withdraw attorney Lee R. Kravitz
                     [11-1] attorney Atiyeh A Salem, pltf has thirty days from
                     the date of this order to obtain new counsel or notice of
                     new counsel or case will be dism w/prej.  Pltf's counsel
                     shall serve notice of this order on pltf by cert mail.
                     (issued on 1/9/91) ( 1 pgs)  Judge Alice M. Batchelder (vd)
                     [Entry date 01/10/91]

1/16/91   13         PROOF OF SERVICE by Kravitz of motion to withdraw  srv to
                     Salem 1/16/91( 1 pgs) (vd)

2/11/91   14         MOTION (notice of appearance filed) by plaintiff Atiyeh A
                     Salem for order to as pro se ( 1 pgs) (vd)

4/15/91   15         ORDER: Case referred  to Mag. Judge Joseph W. Bartunek
                     (issued on 4/16/91) ( 2 pgs)  Judge Alice M. Batchelder (vd)
                     [Entry date 04/16/91]

4/22/91   16         ORDER: Outlining procedure to be followed before the
                     issuance of R&R (issued on 4/22/91) ( 2 pgs) Mag. Judge
                     Joseph W. Bartunek (ee)

5/20/91   17         AMENDED (2nd) COMPLAINT by plaintiff [9-1], [3-1] ( 8 pgs)
                     (vd)

5/20/91   18         MOTION by plaintiff for order of speedy trial ( 2 pgs) (vd)

5/20/91   19         MOTION by plaintiff for order to submit docmts ( 2 pgs) (vd)

7/9/91    20         NOTICE by defendant that an Order striking pltf's second
                     amended complt will be filed (3 pgs + exh) (ee)
```

```
Proceedings include all events.                                    TERMED
1:88cv2523      Salem v. Ross Univ Sch Med
```

| Date | # | Entry |
|---|---|---|
| 7/10/91 | 21 | ORDER: Denying deft's motion to strike and orders deft to properly ans pltf's second amd cmp as required within 30 days of this order. No cont will be granted. (issued on 7/10/91) ( 2 pgs) Mag. Judge Joseph W. Bartunek (vd) [Entry date 07/11/91] |
| 8/12/91 | 22 | ANSWER to Complaint by defendant ( 8 pgs) (vd) |
| 8/14/91 | -- | MARGINAL ENTRY ORDER: finding the motion for default judgment against Ross Univ Sch Med [10-1] denied as moot. (issued on 8/14/91) Mag. Judge Joseph W. Bartunek (ch) |
| 8/26/91 | 23 | MOTION by plaintiff Atiyeh A Salem for default judgment against Ross Univ Sch Med ( 3 pgs) (vd) |
| 8/30/91 | 24 | ORDER: denying motions for default judgment against Ross Univ Sch Med [23-1]; granting motion for order to continue case as pro se [14-1] (issued on 8/30/91) ( 1 pgs) Mag. Judge Joseph W. Bartunek (ch) [Entry date 09/03/91] |
| 11/29/91 | 25 | NOTICE by plaintiff Atiyeh A Salem of change of address ( 1 pg) (ch) |
| 12/18/91 | 26 | ORDER: pur to AO 204, reassigning Judge Batchelder's entire civil docket to Judge Matia. Case reassigned to Judge Paul R. Matia (issued on 12/20/91) ( 1 pgs) Judge Thomas D. Lambros (vd) [Entry date 12/20/91] |
| 6/3/92 | 27 | CASE MANAGMENT CONFERENCE scheduling notice. case managment conference set 6/18/92 at 2:00 p.m. in Rm 1150 Eaton Center (issued on 6/3/92) ( 1 pg) (ch) |
| 7/15/92 | 28 | NOTICE of hearing ; telephonic status hearing 2:15 7/24/92 (issued on 7/15/92) ( 1 pgs) (ec) |
| 7/31/92 | 31 | MINUTES of proceedings: before Mag. Judge Joseph W. Bartunek ; Next telephone conference call 8/18/92 at 2:00 ( 1 pgs) (ec) [Entry date 08/26/92] |
| 8/19/92 | 29 | ORDER: Case referred to Early Neutral Eval. ;deadline to select neutral 8/31/92 (issued on 8/19/92) ( 1 pgs) Mag. Judge Joseph W. Bartunek (ec) |
| 8/19/92 | 30 | CASE MANAGMENT PLAN/ORDER: Track Designation: expedited, case managment conference held ; 6/18/92 ;discovery to be complete 9/30/92 ;Mtn filing ddl 9/30/92 ;status hearing 2:00 11/5/92, (issued on 8/19/92) ( 2 pgs) Mag. Judge Joseph W. Bartunek (ec) |
| 8/19/92 | -- | NOTICE OF REFERRAL to Early Neutral Evaluation. List of potential neutrals sent to parties. Process to be completed by 9/15/92. Strike deadline set for 8/31/92 (issued on 8/19/92). (lo) |

```
Proceedings include all events.                              TERMED
1:88cv2523    Salem v. Ross Univ Sch Med
```

| Date | Doc# | Description |
|---|---|---|
| 8/26/92 | 32 | MINUTES of proceedings: before Mag. Judge Joseph W. Bartunek ; , Track Designation: expedited, ( 1 pgs) (ec) |
| 8/27/92 | 33 | BACK-UP TRIAL ORDER: sched jury trial for 9:30 a.m. on 12/14/92 & final pretrial conference for 8:30 a.m. on 11/25/92 (issued on 8/27/92) ( 7 pgs) Judge Paul R. Matia (jr) |
| 9/2/92 | -- | NOTICE of ADR Administrator of selection of Evaluator (issued on 9/1/92). (lo) |
| 9/2/92 | 34 | ORDER: extending completion date for ENE to 10/16/92 (issued on 9/2/92) ( 1 pg) Mag. Judge Joseph W. Bartunek (ch) |
| 9/3/92 | -- | EARLY NEUTRAL EVALUATION HEARING set for 9/16/92 at 2:00 p.m. (lo) |
| 9/3/92 | 35 | ATTORNEY APPEARANCE on behalf of plaintiff by atty Stanley E. Stein and Alvin Brouman ( 2 pgs) (ee) [Entry date 09/08/92] |
| 9/14/92 | -- | EARLY NEUTRAL EVALUATION HEARING set for 9/16/92 at 4:30. (lo) |
| 9/22/92 | -- | ENE REPORT. ENE Hrg held 9/16 (pd) |
| 9/22/92 | -- | NOTICE of ADR Administrator, E.N.E. process is complete; settlement negotiations and case processing to continue. ( 1 pgs) (pd) |
| 9/25/92 | 36 | ORDER: terminating case referral to Mag. Judge Joseph W. Bartunek (issued on 9/25/92) ( 1 pgs) (ej) |
| 12/7/92 | 37 | STIPULATION and ORDER: dismissing case w/o prej at cost of pltf filed by defendant, and plaintiff on consent. (issued on 12/7/92) ( 2 pgs) Judge Paul R. Matia (vd) [Entry date 12/08/92] |